IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL SIMMONS,

    Petitioner,

v.

MICHAEL SHEETS, Warden,

    Respondent.

CASE NO. 2:09-CV-1077
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On February 23, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Doc. 17. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. 19. Petitioner objects to all of the Magistrate Judge's recommendations. He raises all of the same arguments he presented in his habeas corpus petition.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a de novo review. For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, Petitioner's objections are **OVERRULED.** The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action hereby is **DISMISSED.**

IT IS SO ORDERED.

                                                    3-16-2011
                                    EDMUND A. SARGUS, JR.
                                    United States District Judge