AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL SIMMONS,**

    **Petitioner,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

                              **CASE NO.  C2-09-1077**

**MICHAEL SHEETS, Warden,**      **JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE MARK R. ABEL**

    **Respondent.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER, filed March 16, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date:  March 16, 2011                       JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk